# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| TRUSTEES OF CONNEAUT LAKE PARK, INC. | ) | Bankruptcy Case No. 14-11277-JAD |
|     Debtor | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| TRUSTEES OF CONNEAUT LAKE PARK, INC. | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | Related to Document No. 1 |
| | ) | |
| NO RESPONDENT | ) | |
| | ) | |
|     Respondent | ) | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules:
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_ Schedule B - Personal Property:
\_\_\_\_ Schedule C - Property Claimed as Exempt:
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
      Check one:
        \_\_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
        \_\_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted

\_\_\_\_\_   Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
          \_\_\_\_\_  Creditor(s) added      \_\_\_\_\_  NO creditor(s) added
          \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_   Schedule G - Executory Contracts and Unexpired Leases
        Check one:
          \_\_\_\_\_  Creditor(s) added
          \_\_\_\_\_  NO creditor(s) added
          \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_   Schedule H - Codebtors
\_\_\_\_\_   Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_   Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_   Statement of Financial Affairs
\_\_\_\_\_   Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_   Chapter 11 List of Equity Security Holders
**  X  ** **Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims**

**The following creditors have been deleted:**
US Foodservice
Waste Management
Industrial Welding
Kubinski Business systems
B.W. Electrical & Maintenance Service

**The following creditors have been added:**
Penelec
Northwest Planning Commission
Griffin Motors
Lifco Hydraulics
Shafer, Swick, Bailey & Irwin

**The following name/amount has been revised:**
National City/PNC Bank changed to PNC Bank, N.A.; amount changed to $45,681.70

\_\_\_\_\_   Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_   Other:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

**Via CM/ECF**
Heather A. Sprague, Esquire
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222
Heather.Sprague@usdoj.gov

Dated: January 20, 2015			Respectfully submitted,

					Stonecipher Law Firm

					By: */s/ George T. Snyder*
					George T. Snyder, Esquire
					PA ID No. 53525
					125 First Ave.
					Pittsburgh, PA.  15222
					(412)391-8510
					gsnyder@stonecipherlaw.com

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Trustees of Conneaut Lake Park, Inc.**                              Case No.   **14-11277-JAD**
                                           Debtor(s)                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Penelec**<br>**P.O. Box 16001**<br>**Reading, PA 19612-6001** | **Commercial Department**<br>**Penelec**<br>**76 S. Main Street, A-RPC**<br>**Akron, OH 44308**<br>**800-545-7741** | **Utility** | | **280,586.16** |
| **Starn Marketing Group**<br>**1057 French Street**<br>**Meadville, PA 16335** | **Starn Marketing Group**<br>**1057 French Street**<br>**Meadville, PA 16335**<br>**814-333-1365** | **Trade debt** | | **50,927.76** |
| **PNC Bank, N.A.**<br>**P.O. Box 94982**<br>**Cleveland, OH 44101** | **PNC Bank, N.A.**<br>**P.O. Box 94982**<br>**Cleveland, OH 44101** | **Business loan** | | **45,681.70** |
| **Pepicelli, Youngs & Youngs, PC**<br>**363 Chestnut Street**<br>**Meadville, PA 16335** | **Chris Youngs**<br>**Pepicelli, Youngs & Youngs, PC**<br>**363 Chestnut Street**<br>**Meadville, PA 16335**<br>**814-337-7000** | **Service** | | **40,597.35** |
| **Fisher Fire Protection**<br>**680 Cliff Mine Road**<br>**Suite 3**<br>**Coraopolis, PA 15108** | **Fisher Fire Protection**<br>**680 Cliff Mine Road**<br>**Suite 3**<br>**Coraopolis, PA 15108**<br>**724-695-3473** | **Trade debt** | | **36,705.96** |
| **William Jorden, Esquire**<br>**966 S. Main Street**<br>**Meadville, PA 16335** | **Bill Jorden**<br>**William Jorden, Esquire**<br>**966 S. Main Street**<br>**Meadville, PA 16335**<br>**814-724-1771** | **Legal services** | | **32,000.00** |
| **Northwest Planning Commission**<br>**395 Seneca Street**<br>**Oil City, PA 16301** | **Jill Foys**<br>**Northwest Planning Commission**<br>**395 Seneca Street**<br>**Oil City, PA 16301**<br>**814-677-4800** | **Operating loan** | | **30,000.00** |
| **Griffin Motors**<br>**11031 Perry Highway**<br>**Meadville, PA 16335** | **Debbie Smith/Don Buchanan**<br>**Griffin Motors**<br>**11031 Perry Highway**<br>**Meadville, PA 16335**<br>**888-543-3581** | **Loan** | | **25,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Trustees of Conneaut Lake Park, Inc.**          Case No. **14-11277-JAD**
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **McMahon & Associates, PC**<br>788 Park Avenue<br>Meadville, PA 16335 | John McMahon<br>McMahon & Associates, PC<br>788 Park Avenue<br>Meadville, PA 16335<br>814-724-1712 | **Services** | | **24,945.25** |
| **T.I.G. Insurance Services**<br>5205 N. O'Connor Blvd.<br>Irving, TX 75039 | Tracy Powhantan<br>T.I.G. Insurance Services<br>5205 N. O'Connor Blvd.<br>Irving, TX 75039<br>972-831-4651 | **Trade debt** | | **16,674.23** |
| **Shafer, Swick, Bailey & Irwin**<br>360 Chestnut Street<br>Meadville, PA 16335 | John Swick<br>Shafer, Swick, Bailey & Irwin<br>360 Chestnut Street<br>Meadville, PA 16335<br>814-724-4540 | **Legal services** | | **13,825.96** |
| **Agresti & Agresti**<br>c/o Agresti Law<br>4934 Peach Street<br>Erie, PA 16509 | Charles Agresti<br>Agresti Law<br>4934 Peach Street<br>Erie, PA 16509<br>814-275-6736 | **Service** | | **13,000.00** |
| **Lifco Hydraulics**<br>100 River Rock Drive<br>Suite 205<br>Buffalo, NY 14207 | Anna Wach<br>Lifco Hydraulics<br>100 River Rock Drive<br>Suite 205<br>Buffalo, NY 14207<br>800-895-3426 | **Trade debt** | | **10,083.62** |
| **Michael J. Pierce Contracting**<br>P.O. Box 5186<br>11814 Bank Road<br>Conneaut Lake, PA 16316 | Michael J. Pierce Contracting<br>P.O. Box 5186<br>11814 Bank Road<br>Conneaut Lake, PA 16316<br>814-382-5244 | **Trade debt** | | **9,495.50** |
| **Forever Broadcasting**<br>P.O. Box 606<br>Titusville, PA 16354 | Greg Panchura<br>Forever Broadcasting<br>P.O. Box 606<br>Titusville, PA 16354<br>814-724-1111 | **Trade debt** | | **8,667.60** |
| **Albert Guarnieri**<br>P.O. Box 73011<br>Cleveland, OH 44193 | Thomas Fetock, Jr.<br>Albert Guarnieri<br>P.O. Box 73011<br>Cleveland, OH 44193<br>800-686-2639 | **Trade debt** | | **8,593.09** |
| **Lindsay & Hatheway, Attorneys at Law**<br>311 Walnut Street<br>Meadville, PA 16355 | Ed Hatheway<br>Lindsay & Hatheway, Attorneys at Law<br>311 Walnut Street<br>PA 16355<br>814-337-8737 | **Service** | | **8,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Trustees of Conneaut Lake Park, Inc.**  Case No. **14-11277-JAD**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alliance Fire**<br>109 Grand Avenue<br>P.O. Box 853<br>Mars, PA 16046 | Ami<br>Alliance Fire<br>109 Grand Avenue<br>P.O. Box 853<br>Mars, PA 16046<br>724-625-8000 | **Trade debt** | | 7,670.75 |
| **Dippin' Dots, LLC**<br>5101 Charter Drive<br>Paducah, KY 42001 | Dippin' Dots, LLC<br>5101 Charter Drive<br>Paducah, KY 42001 | **Trade debt** | | 7,112.40 |
| **Coca-Cola**<br>2329 Payphere Circle<br>Chicago, IL 60674 | Judi Buentiempo<br>Coca-Cola<br>2329 Payphere Circle<br>Chicago, IL 60674<br>814-569-3711 | **Trade debt** | | 6,714.05 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 20, 2015**          Signature  */s/ Mark E. Turner*

Mark E. Turner, Executive Director
Economic Progress Alliance of Crawford County

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.