# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **TRUSTEES OF CONNEAUT LAKE PARK, INC.**, | : | Bankruptcy No. 14-11277-JAD |
| Debtor, | : | Chapter 11 |
| | : | |
| | X | Doc. No. 207 |

## ORDER OF COURT

**AND NOW**, this **9th** day of **October**, **2015**, after hearing on the *Approval of the Debtor's Amended Disclosure Statement Dated September 16, 2015*, the Court hereby **ORDERS** that on or before **October 16, 2015** the Debtor shall file its Amended Disclosure Statement and the Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors of Conneaut Lake Park, Inc. shall file its Disclosure Statement and Plan.

Once filed, the Court will schedule the Disclosure Statements to be heard contemporaneously.

_____ bwf
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
10/9/15 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - PGH

case administrator to serve:

George T. Snyder, Esq.
Jeanne S. Lofgren, Esq.
Lawrence C. Bolla, Esq.
Peter C. Acker, Esq.
Guy C. Fustine, Esq.
Nicolas R. Pagliari, Esq.
Gary Harris
Office of U.S. Trustee

00016835