IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-11277 (JAD) |
| | : | |
| TRUSTEES OF CONNEAUT LAKE PARK, INC., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | DOC NO. 215 |
| | : | |
| UNOFFICIAL (AD HOC) COMMITTEE OF REAL ESTATE TAX CREDITORS OF TRUSTEES OF CONNEAUT LAKE PARK, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | JUDGE DELLER |
| | : | |
| TRUSTEES OF CONNEAUT LAKE PARK, INC., | : | |
| | : | |
| Respondent. | : | |

## ORDER

Upon consideration of the Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors of Trustees of Conneaut Lake Park, Inc.'s Request to Terminate Exclusivity ("Request"), and it appearing that the relief requested in the Motion is not in the best interests of the Debtor's estate and creditors, and other parties-in-interest; it is hereby ORDERED, ADJUDGED, AND DECREED that the Request is GRANTED, *as to the Movant only*.

IT IS SO ORDERED, this 9th day of October, 2015.



_____
JEFFERY A. DELLER, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
10/9/15 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

#884710