UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| TRUSTEES OF CONNEAUT LAKE PARK, INC., | : BANKRUPTCY NO.  14-11277 JAD |
|     Debtor. | : |
| | : THE HONORABLE JEFFERY A. DELLER |
| | : |
| GARY HARRIS, on behalf of himself and as alter ego | : CHAPTER 11 |
| of the MM-E HOLDING TRUST, 16401 HOLDING | : |
| TRUST, CONCORE HOLDING TRUST, RICHMAN | : RELATED TO DOCUMENT NO. 286 |
| HOLDING TRUST, RESORT HOLDING TRUST, | : |
| AND 3740 CORP. d/b/a THE WATER COMPANY, | : DATE & TIME OF HEARING: |
|     Movant, | : |
| | : NOVEMBER 30, 2015 @ 10:00 A.M. |
| vs. | : |
| | : OBJECTION/RESPONSE DATE: |
| THE UNOFFICIAL (AD HOC) COMMITTEE OF | : |
| REAL ESTATE TAX CREDITORS OF TRUSTEES OF | : NOVEMBER 23, 2015 |
| CONNEAUT LAKE PARK, INC., | |
|     Respondent. | |

**REPLY OF THE UNOFFICAL (AD HOC) COMMITTEE OF REAL ESTATE TAX CREDITORS OF TRUSTEES OF CONNEAUT LAKE PARK, INC. TO GARY HARRIS', ET AL. OBJECTION TO DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF ORDERLY LIQUIDATION DATED OCTOBER 15, 2015**

The Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors of Trustees of Conneaut Lake Park, Inc. (the "Committee")[1], by and through its undersigned counsel hereby files this Reply to the Gary Harris', et al. Objection to the Disclosure Statement to Accompany Plan of Orderly Liquidation dated October 15, 2015 (the "Harris Objection"), a statement of which is as follows:

1) Gary Harris, on behalf of himself and various Trusts[2], filed an Objection to the Debtor's Second Amended Disclosure Statement at Document No. 286. At Paragraphs 13 through 15 of Document No. 286 Gary Harris objects to the Committee's Plan (i.e. not necessarily the Committee's Disclosure Statement).

---

[1] The Committee consists of Summit Township, Crawford County;  Sadsbury Township, Crawford County; Conneaut School District, Crawford County; and the Crawford County Tax Claim Bureau, each of which is a Taxing District.

[2] It is submitted that Gary Harris is not an attorney authorized to practice law in the Commonwealth of Pennsylvania or any other state and accordingly cannot represent the interests of "the Trusts".

2) The Harris Objection raises questions of law and fact which have already been determined in the Crawford County Court of Common Pleas and in any event have no bearing on whether or not the Committee's Disclosure Statement should be approved.

3) It is submitted that the Court should:

    a) Deny the Harris Objection;

    b) Approve the Committee's Disclosure Statement;

    c) Approve the Debtor's Disclosure Statement;

    d) Direct that the Debtor and the Committee meet and confer to determine the best manner in which to disseminate the competing Plans, Disclosure Statements, and Ballots to the Creditors;

    e) Schedule a hearing as soon practicable for the approval of either the Debtor's Plan or the Committee's Plan and permit the Creditors to vote on which Plan they desire to accept.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Lawrence C. Bolla
       Lawrence C. Bolla, Esquire
       PA Id. No. 19679
       2222 West Grandview Boulevard
       Erie, Pennsylvania 16506-4508
       Telephone: 814-833-2222
       Facsimile: 814-833-6753
       lbolla@quinnfirm.com
       Counsel for The Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors

#905606

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| TRUSTEES OF CONNEAUT LAKE PARK, INC., | : BANKRUPTCY NO. 14-11277 JAD |
| Debtor. | : |
| | : THE HONORABLE JEFFERY A. DELLER |
| | : |
| GARY HARRIS, on behalf of himself and as alter ego | : CHAPTER 11 |
| of the MM-E HOLDING TRUST, 16401 HOLDING | : |
| TRUST, CONCORE HOLDING TRUST, RICHMAN | : RELATED TO DOCUMENT NO. 286 |
| HOLDING TRUST, RESORT HOLDING TRUST, | : |
| AND 3740 CORP. d/b/a THE WATER COMPANY, | : DATE & TIME OF HEARING: |
| Movant, | : |
| | : NOVEMBER 30, 2015 @ 10:00 A.M. |
| vs. | : |
| | : OBJECTION/RESPONSE DATE: |
| THE UNOFFICIAL (AD HOC) COMMITTEE OF | : |
| REAL ESTATE TAX CREDITORS OF TRUSTEES OF | : NOVEMBER 23, 2015 |
| CONNEAUT LAKE PARK, INC., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 25th day of November, 2015, a copy of the Reply of the Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors of Trustees of Conneaut Lake Park, Inc. to Gary Harris', et al. Objection to Disclosure Statement to Accompany Plan of Orderly Liquidation dated October 15, 2015 upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY &
    KROTO, INC.

    BY:    /s/Lawrence C. Bolla
            Lawrence C. Bolla, Esquire
            PA Id. No. 19679
            2222 West Grandview Boulevard
            Erie, Pennsylvania 16506-4508
            Telephone: 814-833-2222
            Facsimile: 814-833-6753
            E-Mail Address: lbolla@quinnfirm.com
            Counsel for The Unofficial (Ad Hoc)
            Committee of Real Estate Tax Creditors

Trustees of Conneaut Lake Park, Inc.
Chapter 11 Bankruptcy
Case No. 14-11277 JAD
Service List

The following parties have received notification of the filing via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Jeanne S. Lofgren, Esquire, Counsel to Trustees of Conneaut Lake Park, Inc., jlofgren@stonecipherlaw.com |
| Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov |
| Nicholas R. Pagliari, Esquire, Counsel to Joseph Prischak, npagliari@mijb.com, sburick@mijb.com; amayes@mijb.com |
| George T. Snyder, Esquire, Counsel to Trustees of Conneaut Lake Park, Inc., gsnyder@stonecipherlaw.com |
| Heather A. Sprague, Esquire, Office of the U.S. Trustee; Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov; Kathleen.Nichols@usdoj.gov; Lisa.Geyer@usdoj.gov;Kathleen.Nichols@usdoj.gov;Jennifer.M.Smith@usdoj.gov; David.A.Berry@usdoj.gov; Steven.W.Albright@usdoj.gov |
| Lawrence C. Bolla, Esquire, Counsel to Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors, lbolla@quinnfirm.com; knottingham@quinnfirm.com; mboni@quinnfirm.com |
| Michael P. Kruszewski, Esquire, Counsel to Unofficial (Ad Hoc) Committee of Real Estate Tax Creditors; lbolla@quinnfirm.com; knottingham@quinnfirm.com; mboni@quinnfirm.com |
| Janet Burkardt, Esquire; Counsel to Crawford County; jburkardt@wbklegal.com; tstadterman@wbklegal.com |
| Guy C. Fustine, Esquire; (Conneaut Lake Joint Municipal Authority); mwernick@kmgslaw.com; knoxbank@hotmail.com; burban@kmgslaw.com; mpol@kmgslaw.com |
| John F. Kroto, Esquire; (Conneaut Lake Joint Municipal Authority); jkroto@kmgslaw.com; mwernick@kmgslaw.com; knoxbank@hotmail.com; burban@kmgslaw.com |
| Francis R. Murrman, Esquire; (Counsel to Park Restoration LLC) FRMurrman@aol.com; MLMurrman@aol.com |
| John P. Vetica, Jr., Esquire; (Counsel to Penelec) jveticajr@algxmail.com |
| Peter Acker, Esquire; (Counsel to First Capital Finance, Inc.) peter@ackerlegalgroup.com |
| Angela N. Erde, Esquire; (Counsel to Pa. Dept. of Environmental Protection) aerde@pa.gov; jbutryn@pa.gov |
| Norman E. Gilkey, Esquire; (Mediator) ngilkey@bccz.com |
| Anthony T. Kovalchick, Esquire; (Office of the Attorney General of Pennsylvania) akovalchick@attorneygeneral.gov |
| John F. Mizner, Esquire; (Counsel to Park Restoration, LLC) jfm@miznerfirm.com; jmk@miznerfirm.com |
| Michael Kaminski, Esquire; (Counsel to Fisher Fire Protection) mkaminski@bglaw-llp.com; ktosadori@bglaw-llp.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| US Foods, INC.<br>c/o Bryan Cave LLP<br>161 N. Clark Street<br>Suite 4300<br>Chicago, IL 60601 | Shafer Law Firm<br>890 Market Street<br>Meadville, PA  16335 |

2

| | |
|---|---|
| Russell R. Johnson, III, Esquire<br>Law Firm of Russell R. Johnson, III, PLC<br>Counsel to Penelec<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA  23103 | Gary Harris<br>440 High Street<br>Fairport Harbor, OH  44077 |
| Randy G. Kreider<br>1211 Park Avenue<br>Meadville, PA  16335 | Passport Realty LLC<br>240 West 11th Street<br>Suite 100<br>Erie, PA 16501 |
| Porter Consulting Engineers, P.C.<br>552 State Street<br>Meadville, PA  16335 | |