**PROCEEDING MEMO - ERIE, PENNSYLVANIA**                                                    10:00 AM

Date:    November 30, 2015

In re:    **TRUSTEES OF CONNEAUT LAKE PARK, INC.**              Bankruptcy # <u>14-11277JAD</u>

Appearances:
  Debtor(s):                 George T. Snyder, Esq.                         Doc. # 258
                             Jeanne S. Lofgren, Esq.
  United States Trustee:     Hildenbrand/Sprague/Wahlquist
  Creditor:                  Garry Harris, Pro Se
  Creditor:                  Gene J. Herne, Esq. For Commonwealth of PA
  Creditor:                  Guy C. Fustine, Esq. For Conneaut Lake Joint Municipal Authority
  Creditor:                  Lawrence C. Bolla, Esq. For The Unofficial (AD Hoc) Committee of
                             Real Estate Tax Creditors

Nature of Proceeding:    Second Amended Disclosure Statement To Accompany Second Amended
                         Plan Dated October 16, 2015 filed by Debtor

Additional Pleadings:    - Objections Filed by Unofficial (AD Hoc) Committee of Real Estate Tax
                           Creditors on 11/20/2015 at Doc. # 280[Due 11/23/2015]
                         - Objection filed by Commonwealth of PA on 11/23/2015 at Doc. # 284
                         - Objection filed by Gary Harris on 11/23/2015 at Doc. # 286
                         - Objection filed by Conneaut Lake Joint Municipal Authority filed on
                           11/23/2015 at Doc. # 287

___ Motion is GRANTED  /  DENIED

___ Special Type Of Order:

_____ CONTINUE MATTER:

    _____ For At Least _____ Days (Court To Issue Scheduling Order)

    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____

_____ ISSUE EVIDENTIARY HEARING NOTICE                                    FILED
    _____ Evidentiary Hearing On Value And Cram-Down Interest            11/30/15 2:08 pm
    _____ Complex / Pretrial Order -  NONJURY  /  JURY                   CLERK
    _____ Simple / Pretrial Order - NONJURY  /  JURY                     U.S. BANKRUPTCY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days COURT - WDPA

_____ SETTLEMENT STIPULATION IS DUE _____

_____ OTHER:


-Amended Disclosure Statement and Plan to be filed in 60 Days..




                                                        JEFFERY A. DELLER
                                                        Chief U.S. Bankruptcy Judge

00016897