

January 11, 2016

Dear Chief Judge Jeffery A. Deller,

On November 30, 2015 case number 14-11277JAD Conneaut Lake Park, INC. bankruptcy hearing you requested I provide the Economic Impact figures for Crawford County and Conneaut Lake Park.

Attached you will find my letter and materials that I have provided to Mark Turner and the Trustees of Conneaut Lake Park, INC. Mark Turner requested that I send these to him and he would get them distributed to the appropriate parties.

Tourism is such an important word to many states, counties and cities. From the Crawford County Convention and Visitors Bureau "thank you" for advising the use of a mediator in this sensitive case.

If you have any questions, please feel free to contact me.

Yours in Tourism,

Juanita P. Hampton
Executive Director

FILED
1/12/16 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

VisitCrawford.org

Crawford County Convention & Visitors Bureau • 16709 Conneaut Lake Road, Meadville, PA 16335
814-333-1258 • 800-332-2338 • fx. 814-333-9032



January 11, 2016

TO CONCERNED PARTIES – Regarding Trustees of Conneaut Lake Park, INC.,
Bankruptcy No. 14-11277JAD

NOTE:  Chief Judge Jeffrey Deller requested that the Crawford County Convention and Visitors Bureau provide the Economic Impact of Tourism to Crawford County and Conneaut Lake Resort Area.

On November 30, 2015 a hearing to consider approval of the second amended disclosure statement took place in the U S Court in Pittsburgh with Chief Judge Jeffrey Deller of U.S. Bankruptcy Court for Western Pennsylvania presiding.  This hearing was teleconferenced in Erie at the U S Courthouse.

After hearing the Attorneys for the Creditors, Debtor, Attorney General's Office and other concerned parties, Chief Judge Jeffrey Deller opened the Court up for public comment.  Many very concerned business owners, home owners in the Park and event planners voiced why the Park should be saved. The loss of tourists coming to the Park and to events will result in loss of profit for the business owners, and home owners in the Park may lose their homes.

**Proving the Importance of Tourism dollars to Crawford County and the Conneaut Lake Resort Area:**
When I had an opportunity to speak on behalf of the Crawford County Convention and Visitors Bureau, I presented stats for Crawford County from the 2013-2014 Economic Impact of Tourism in Pennsylvania, provided by the Pennsylvania Department of Community and Economic Development (DCED). The report indicated the following:

- Direct tourist spending in Crawford County $265.8 Million – this is a $5.5 Million increase over the previous year.
- Employment related to direct tourism 2,152 jobs, Labor Income $49.8 Million
- Generated tax income; State and Local $13.8 Million, Federal $11.9 Million
- Indirect Tourism dollar impact by tourism demand; $278.9 Million
- Indirect Employment by tourism demand; 3,398 jobs, Labor Income $104.9 Million
- Indirect tax income generated by tourism demand; State and Local $24.5 Million, Federal $23.9 Million

(Note: indirect represents restaurants and gas station, etc.)

VisitCrawford.org

Crawford County Convention & Visitors Bureau • 16709 Conneaut Lake Road, Meadville, PA 16335
814-333-1258 • 800-332-2338 • fx. 814-333-9032

Page two
Regarding Trustees of Conneaut Lake Park, INC.,
Bankruptcy No. 14-11277JAD
Chief Judge Jeffrey Deller request

Also mentioned was the results of one of our Conversion Studies to which 1,100 visitors who came to Crawford County were polled regarding their stay. We had a 22% return in surveys which indicated the top two activities in Crawford County. Number one was Pymatuning State Park with **Conneaut Lake Park being the second**.

So, how does Conneaut Lake Park directly affect Tourism in Crawford County and the Conneaut Lake Resort Area? Conneaut Lake Park provides entertainment, hosts weddings, proms, parties in the Ballroom, events, rides, camping and overnight stays at Hotel Conneaut. An example of only two events, Pumpkin Fest and Ghost Lake, held at the Park, 54,000 visitors came in one month. NO, other venue or attraction in Conneaut Lake can bring in that many visitors.

Again, based on the 2013-2014 Economic Impact of Tourism in Pennsylvania provided by the Pennsylvania Department of Community and Economic Development (DCED), their figures indicate that; the overnight domestic traveler spends $275 per night, the day trip leisure traveler spends $114 per day. The domestic overnight business traveler spends an average of $467 per trip.

- Economic impact to the Conneaut Lake Resort Area and Conneaut Lake Park for day trip traveler to Pumpkin Fest and Ghost Lake was $6.1 Million. A total of 54,000 people attended these two events
- Based on wrist band sales Conneaut Lake Park sold 21,000, the economic impact for day trippers would be $2.4 Million
- NOTE: If an estimated 4,000 visitors did an overnight stay the economic impact would be $1.1 Million

As you can see Conneaut Lake Park plays a huge role in bringing tourists and their dollars to the Conneaut Lake Resort Area and their business' who truly rely on the Park for the survival of their livelihood.

If you have any questions, please do not hesitate to contact me at 800-332-2338.

Yours in tourism,

Juanita P. Hampton,
Executive Director

Attachments
Cc: CCCVB Board of Directors
    Trustees of Conneaut Lake Park, INC.
    Crawford County Commissioners

# The Economic Impact of Tourism in Pennsylvania

Tourism Satellite Account
Calendar Year 2013

January 2015



TOURISM ECONOMICS
AN OXFORD ECONOMICS COMPANY

# Overnight leisure traveler spending by category

- Pennsylvania hosted an estimated 58.4 million domestic overnight leisure travelers in 2013 (as measured in person-trips).
- These visitors spent $16.1 billion in PA in 2013 – a $0.5 billion increase from 2012.
- Each visitor spent an estimated $275 per trip.
- Travelers increased their spending on recreation in 2013 both in dollar terms and proportionally, while the shares of all other spending categories were either unchanged (retail) or down compared to 2012.

## 2013 Overnight Leisure Traveler Spending by Category



- Retail 18%
- Recreation 16%
- Lodging 20%
- Transportation within PA 28%
- Food & Beverage 18%

Source: Longwoods International

33



TOURISM ECONOMICS

# Day-trip leisure traveler spending by category

- PA hosted an estimated 117.8 million day-trip leisure travelers (as measured in person-trips) in 2013.
- These visitors spent an estimated $13.4 billion in PA in 2013.
- Each visitor spent an average of $114 per trip – up from an estimated $111 in 2012.
- Travelers spent proportionally more of their total day-trip expenditures on food & beverage and retail purchases compared to 2012.

### 2013 Day-Trip Leisure Traveler Spending by Category



- Recreation 25%
- Transportation within PA 29%
- Food & Beverage 20%
- Retail 27%

Source: Longwoods International



TOURISM ECONOMICS

34

Case 14-11277-JAD    Doc 303    Filed 01/12/16    Entered 01/12/16 13:50:23    Desc Main
Document    Page 7 of 11

# Overnight business traveler spending by category

- PA hosted an estimated 6.4 million domestic overnight business travelers in 2013 (as measured in person-trips).
- These visitors spent $3.0 billion in total in Pennsylvania in 2013 – essentially the same amount as in 2011 and 2012.
- Each visitor spent an average of $467 per trip – the highest of any trip type, with transportation and lodging together accounting for over three quarters of their total trip expenditures.

### 2013 Domestic Overnight Business Traveler Spending by Category



- Recreation 4%
- Retail 8%
- Food & Beverage 11%
- Transportation within PA 45%
- Lodging 32%

Source: Longwoods International



# PA's Great Lakes Region – Timelines

## Tourism Industry Spending
(Millions of dollars)

| County | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|
| Crawford | 259.7 | 260.0 | 258.4 | 274.9 | 219.7 | 241.5 | 250.8 | 260.3 | 265.8 |
| Erie | 726.9 | 733.7 | 778.8 | 876.0 | 741.2 | 829.4 | 897.4 | 930.7 | 924.8 |
| Mercer | 240.8 | 241.1 | 243.2 | 279.8 | 233.2 | 256.0 | 279.7 | 304.9 | 319.6 |
| Venango | 119.2 | 116.1 | 118.7 | 130.2 | 108.7 | 118.3 | 124.0 | 132.1 | 131.0 |
| Great Lakes | 1,346.6 | 1,350.9 | 1,399.0 | 1,560.8 | 1,302.7 | 1,445.2 | 1,551.8 | 1,628.1 | 1,641.2 |
| Percent Change | | 0.3% | 3.6% | 11.6% | -16.5% | 10.9% | 7.4% | 4.9% | 0.8% |

## Tourism Industry Employment Impacts

| County | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|
| Crawford | 2,224 | 2,254 | 2,261 | 2,237 | 2,091 | 2,160 | 2,171 | 2,122 | 2,152 |
| Erie | 7,134 | 7,150 | 7,114 | 7,095 | 6,674 | 7,004 | 7,181 | 7,347 | 7,527 |
| Mercer | 2,574 | 2,571 | 2,537 | 2,513 | 2,343 | 2,417 | 2,485 | 2,557 | 2,618 |
| Venango | 1,108 | 1,146 | 1,171 | 1,191 | 1,113 | 1,138 | 1,153 | 1,143 | 1,159 |
| Great Lakes | 13,040 | 13,121 | 13,084 | 13,036 | 12,221 | 12,719 | 12,989 | 13,169 | 13,456 |
| Percent Change | | 0.6% | -0.3% | -0.4% | -6.3% | 4.1% | 2.1% | 1.4% | 2.2% |

66

TOURISM ECONOMICS

# PA's Great Lakes Region – 2012 & 2013 Traveler spending

## Tourism Direct Sales
(Millions of dollars)

| County | Lodging | Food & beverage | Retail | Recreation | Transport | Total |
|---|---|---|---|---|---|---|
| **2013** | | | | | | |
| Crawford | 18.4 | 59.6 | 48.3 | 43.2 | 96.3 | 265.8 |
| Erie | 112.2 | 192.3 | 156.8 | 188.4 | 275.1 | 924.8 |
| Mercer | 42.3 | 71.0 | 65.5 | 53.7 | 87.1 | 319.6 |
| Venango | 10.9 | 23.7 | 20.7 | 16.0 | 59.7 | 131.0 |
| Great Lakes | 183.8 | 346.7 | 291.3 | 301.3 | 518.1 | 1,641.2 |
| Percent Change | -1.0% | 2.2% | 0.2% | 1.6% | 0.5% | 0.8% |
| **2012** | | | | | | |
| Crawford | 18.5 | 58.8 | 47.6 | 41.4 | 94.0 | 260.3 |
| Erie | 115.8 | 189.4 | 159.0 | 187.9 | 278.7 | 930.7 |
| Mercer | 39.6 | 67.5 | 62.9 | 50.6 | 84.4 | 304.9 |
| Venango | 11.8 | 23.6 | 21.3 | 16.6 | 58.7 | 132.1 |
| Great Lakes | 185.7 | 339.3 | 290.8 | 296.6 | 515.8 | 1,628.1 |

67

TOURISM ECONOMICS

# PA's Great Lakes Region – 2012 & 2013 Industry impacts

## Tourism Industry Impacts
(Millions of dollars - except Employment, in Units)

| County | Visitor Spend | Employment | Labor Income | Taxes State & Local | Taxes Federal |
|---|---|---|---|---|---|
| **2013** | | | | | |
| Crawford | 265.8 | 2,152 | 49.6 | 13.8 | 11.9 |
| Erie | 924.8 | 7,527 | 188.1 | 53.0 | 43.5 |
| Mercer | 319.6 | 2,618 | 55.3 | 16.6 | 13.7 |
| Venango | 131.0 | 1,159 | 28.4 | 7.2 | 6.4 |
| Great Lakes | 1,641.2 | 13,456 | 321.4 | 90.7 | 75.5 |
| Percent Change | 0.8% | 2.2% | 3.4% | 2.5% | 2.2% |
| **2012** | | | | | |
| Crawford | 260.3 | 2,122 | 48.2 | 13.6 | 11.6 |
| Erie | 930.7 | 7,347 | 181.5 | 51.7 | 42.8 |
| Mercer | 304.9 | 2,557 | 53.0 | 15.9 | 13.1 |
| Venango | 132.1 | 1,143 | 28.0 | 7.3 | 6.4 |
| Great Lakes | 1,628.1 | 13,169 | 310.7 | 88.4 | 73.9 |

69

TOURISM ECONOMICS

# PA's Great Lakes Region – 2012 & 2013 Economy impacts

## Total Tourism Economy Impacts
*(Millions of dollars - except Employment, in Units)*

| County | Total Tourism Demand | Employment | Labor Income | Taxes State & Local | Taxes Federal |
|---|---|---|---|---|---|
| **2013** | | | | | |
| Crawford | 278.9 | 3,398 | 104.9 | 24.5 | 23.9 |
| Erie | 972.7 | 11,562 | 374.6 | 91.4 | 87.7 |
| Mercer | 335.7 | 4,083 | 117.8 | 29.0 | 27.6 |
| Venango | 137.5 | 1,844 | 59.6 | 12.8 | 12.9 |
| Great Lakes | 1,724.8 | 20,887 | 656.8 | 157.7 | 152.1 |
| Percent Change | 0.7% | 1.5% | 2.1% | 2.0% | 2.3% |
| **2012** | | | | | |
| Crawford | 273.4 | 3,370 | 103.3 | 24.0 | 23.4 |
| Erie | 979.7 | 11,366 | 366.2 | 89.9 | 86.1 |
| Mercer | 320.6 | 4,016 | 114.8 | 27.8 | 26.4 |
| Venango | 138.8 | 1,829 | 59.3 | 12.9 | 12.9 |
| Great Lakes | 1,712.5 | 20,582 | 643.6 | 154.6 | 148.7 |

70

TOURISM ECONOMICS