# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 14-11277-JAD |
| TRUSTEES OF CONNEAUT LAKE PARK, ) | |
| INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | Related to Doc. No. 324 |
| ) | |
| TRUSTEES OF CONNEAUT LAKE PARK, ) | Document No. _____ |
| INC., ) | |
| Movant, ) | |
| v. ) | Hearing Date & Time: |
| ) | April 19, 2016 at 10:00 a.m. |
| NO RESPONDENTS, ) | |
| ) | Responses Due: |
| Respondents. ) | April 8, 2016 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO
LEASE OF REAL PROPERTY *NUNC PRO TUNC***

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

You are hereby notified that the above Movant seeks an Order to approve the Debtor's entry into a lease involving the Hotel Conneaut.

Anyone who objects must file a written response to the *Debtor's Motion for Authority to Enter into Lease of Real Property Nunc Pro Tunc* (the "Motion") with the Clerk of the Bankruptcy Court at 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 with a copy served on Counsel for the Debtor, **on or before April 8, 2016**.

**A hearing (the "Hearing") will be held on April 19, 2016 at 10:00 a.m. before Judge Deller in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.** Video conferencing equipment will be utilized and parties may appear either in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania or in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania

The Movant is the owner of the Hotel Conneaut located in Crawford County, Pennsylvania and having a mailing address of 12382 Center Street, Conneaut Lake, PA 16316 (the "Hotel"). The Movant is seeking authorization to enter into that certain Hotel Conneaut Lease Agreement with On The Lake Enterprises, LLC as more particularly described in the Motion.

A copy of the Motion can be obtained by contacting the undersigned counsel for the Debtor.

Date of Notice: March 22, 2016    **STONECIPHER LAW FIRM**

By: */s/ George Snyder*
George T. Snyder, Esquire (PA ID No. 53525)
gsnyder@stonecipherlaw.com
Jeanne S. Lofgren, Esquire (PA ID No. 89078)
jlofgren@stonecipherlaw.com
125 First Avenue
Pittsburgh, PA  15222-1590
Tel: (412) 391-8510
*Counsel to the Debtor-in-Possession*