Trustees of Conneaut Lake Park, Inc.
Case No. 14-11277 JAD
Exhibit "C "
Unsecured Claims
Disclosure Statement dated March 31, 2016
(Proofs of Claim Analysis through Claims Docketed as of 9/29/2015)

| Creditor | Proof of Claim No. | Amount of Claim |
|---|---|---|
| Acuren Inspection, Inc. | | $499.00 |
| Agresti & Agresti | #23 | $19,805.64 |
| Albert Guarnieri & Co. | #2 | $8,593.09 |
| Alliance Fire | | $7,670.75 |
| Allied Specialty Insurance, Inc. | | $1,627.91 |
| American International Group, Inc. (AIG Property Casualty, Inc.) | #18 (Unliquidated) | $0.00 |
| B.W. Electrical & Maintenance Service | | $5,043.32 |
| BMI General Licensing | | $591.45 |
| Classic Toy Company | | $2,661.01 |
| Coca-Cola | | $6,714.05 |
| Commonwealth of PA Liquor | | $40.00 |
| Crawford County Convention & Visitors | | $725.00 |
| Crawford County CVB | | $1,355.00 |
| Crawford County Juvenile Probation | | $1,500.00 |
| Darling International | | $80.31 |
| DeSantis Janitor Supply | | $724.88 |
| Dippin' Dots LLC | | $7,112.40 |
| Economic Progress Alliance | | $102,237.63 |
| Fisher Fire Protection | #17; #25 (#25 appears to duplicate #17) | $36,705.96 |
| Forever Broadcasting | | $8,667.60 |
| Gary Harris, et al. | #24 (DISPUTED; See Footnote No. 4, Page 13) | $1,430,000.30 |
| Griffin Motors | #7 | $25,000.00 |
| Hagan Business Machines | | $4,789.16 |
| Hammond Press | | $750.00 |
| Honey Hill Publishing, Inc. | | $825.00 |
| Industrial Truck & Crane, Inc. | | $440.00 |
| Industrial Welding | | $5,742.35 |
| J&J Candies | | $1,254.90 |
| J.R. Oxygen | | $241.88 |
| Jerauld L. Smith | | $2,000.00 |
| Jerilu Produce Company | | $4,899.50 |
| Jones Plumbing & Heating | | $1,439.19 |
| Kings Communications | | $1,638.77 |
| Kubinski Business Systems | | $5,459.00 |
| Lifco Hydraulics | | $10,083.62 |

Trustees of Conneaut Lake Park, Inc.
Case No. 14-11277 JAD
Exhibit "C "
Unsecured Claims
Disclosure Statement dated March 31, 2016
(Proofs of Claim Analysis through Claims Docketed as of 9/29/2015)

| | | |
|---|---|---|
| Lindsay & Hatheway | | $8,000.00 |
| MAIC | | $24,279.56 |
| McCormick Coffee Company | | $921.00 |
| McMahon & Associates, P.C. | | $24,945.25 |
| Michael J. Pierce Contracting | | $9,495.50 |
| National Fuel | | $2,407.19 |
| Northwest Planning Commission | | $30,000.00 |
| Penelec | #3-3 | $4,569.75 |
| Pennsylvania Electric Company | #10 | $367,086.82 |
| Pennsylvania Public Utility Commission | | $1,000.00 |
| Pepicelli Youngs & Youngs PC | | $40,597.35 |
| Pittsburgh Best Ice Cream, Inc. | | $645.55 |
| Pittsburgh Post Gazette Credit Dept. | | $1,007.60 |
| Plaza Coin Laundry | | $1,171.50 |
| PNC Bank, N.A. | #1 | $45,681.70 |
| Primo Distributors, Inc. | | $4,596.47 |
| Joseph J. and Isabel J. Prischak | #21 | $278,868.70 |
| Pymatuming Lake Association | | $25.00 |
| Redbone Products | | $477.65 |
| Shafer, Swick, Bailey, & Irwin | | $13,825.86 |
| Starn Marketing Group | | $50,927.76 |
| Sysco Food Service | | $2,374.65 |
| The Insurance Company | | $300.00 |
| TIG Insurance Services | | $16,674.23 |
| Tinko Law Group | | $2,593.70 |
| Tribune Review Publishing | | $1,510.25 |
| Unifirst Corporation | | $3,981.24 |
| USF Holland | | $1,256.60 |
| U.S. Foods | #22 | $18,807.63 |
| Waste Management of PA, Inc. | #11 | $5,043.55 |
| White Fire Extinguisher, Inc. | | $848.00 |
| William Jorden, Esquire | #4 | $54,918.29 |
| Wilson Building Supply | | $2,749.85 |
| *SUBTOTAL* | | *$2,728,506.87* |
| The Quinn Law Firm | #6 (Filed as a secured claim, however, claim constitutes a preference and will be treated as an unsecured claim.) | $17,946.06 |
| **TOTAL** | | **$2,746,452.93** |

#908475

Trustees of Conneaut Lake Park, Inc.
Case No. 14-11277 JAD
Exhibit "C "
Unsecured Claims
Disclosure Statement dated March 31, 2016
(Proofs of Claim Analysis through Claims Docketed as of 9/29/2015)


### *General Unsecured Tax Claims*

Pennsylvania Dept. of Revenue            (Claim No. 12)                                $1.23

**TOTAL OF ALL UNSECURED CLAIMS                                $2,746,454.16**
**TOTAL OF UNSECURED CLAIMS, LESS THE HARRIS CLAIM        $1,316,453.86**

#908475