IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TRUSTEES OF CONNEAUT LAKE PARK, ) | Bankruptcy Case No. 14-11277-JAD |
| INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| TRUSTEES OF CONNEAUT LAKE PARK, ) | Document No. _____ |
| INC., ) | |
| ) | |
| Movant, ) | Related to Doc. Nos. 318 and 320 |
| ) | |
| v. ) | |
| ) | Hearing Date & Time: |
| BERKHEIMER ASSOCIATES, CONNEAUT ) | April 19, 2016 @ 10:00 a.m. |
| LAKE JOINT MUNICIPAL AUTHORITY, ) | |
| CONNEAUT SCHOOL DISTRICT, ) | Responses Due: |
| CRAWFORD COUNTY TAX CLAIM ) | April 8, 2016 |
| BUREAU, DONALD G. KALTENBAUGH, ) | |
| FIRST CAPITAL FINANCE, INC., JOSEPH J. ) | |
| PRISCHAK AND ISABEL J. PRISCHAK, ) | |
| MERCER COUNTY STATE BANK, QUINN, ) | |
| BUSECK, LEMHUIS, TOOHEY & KROTO, ) | |
| SADSBURY TOWNSHIP, SUMMIT ) | |
| TOWNSHIP, U.S. FOODSERVICE, ) | |
| ECONOMIC PROGRESS ALLIANCE OF ) | |
| CRAWFORD COUNTY, NORTHWEST ) | |
| PENNSYLVANIA REGIONAL PLANNING ) | |
| AND DEVELOPMENT COMMISSION, THE ) | |
| COMMONWEALTH OF PENNSYLVANIA, ) | |
| AND ALL UNNAMED HOLDERS OF ) | |
| LIENS, CLAIMS, OR ENCUMBRANCES, ) | |
| ) | |
| Respondents. ) | |

## SUPPLEMENTAL RECORD

Trustees of Conneaut Lake Park, Inc., the above-captioned debtor and

debtor-in-possession (the "Debtor"), by and through its undersigned counsel, hereby files this

Supplemental Record in connection with the Sale Motions[1] filed by the Debtor at Document Nos. 318 and 320.

     A. The Memorandum Opinion and Order dated December 3, 2014 entered by Judge Anthony J. Vardaro in the Court of Common Pleas of Crawford County, Pennsylvania – Civil Action – Law, EX 2014-197; and

     B. A full and complete copy of the State Court Adjudication dated February 20, 2003, a partial copy of which had been attached to the Debtor's Reply filed at Document No. 352 as Exhibit A.

Respectfully submitted,

**STONECIPHER LAW FIRM**

Dated: April 20, 2016

/s/ Jeanne S. Lofgren
George T. Snyder, Esq.
PA I.D. 53525
Jeanne S. Lofgren, Esq.
PA I.D. 89078
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
gsnyder@stonecipherlaw.com
jlofgren@stonecipherlaw.com

*Attorneys for Debtor-in-Possession*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Sale Motions.