Gloria Novak
39 Riverview Ave.
Pittsburgh, PA 15214

RECEIVED

MAR 18 2021

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

Judge Jeffery A. Deller
54th Floor U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

March 5, 2021

Dear Judge Deller,

My name is Gloria Novak, and I was watching your proceedings in the sale of Conneaut Lake Park. I was impressed with your thoughtful concern about whether Crawford County was informed of the sale and the prospect that a request was made to not pay the transfer tax or stamps.

I was waiting for you to show the same concern for park residents. I know the Trustee's of the Park were desperate to get rid of the responsibility of the park because Covid-19 prevented the park from opening in 2020 and there was no money. But we neighbors and residents of the park have worked hard to save the park for over the last 15 years, and thought it was saved by the public/private partnership it was under.

Now we have a new owner with no guarantees as to what he will do with the park. The requirements of the sale are only that he just keeps it open and an amusement park. Nowhere in the proceedings did anyone talk about the 100's of resident property and lives he would be responsible for and how he intended to handle us. He is responsible for our water, road repair, streetlights etc. and it was never talked about during the sale process.

I tried to get in touch with him to talk and give him my number with a congratulatory email. It was returned to me saying he would not accept it. I know it was the correct email address because of where I found it.

I know I cannot change anything now and I wish I'd have known if I could have spoken at the hearing. I talked to George Snyder and he said that I needed an attorney to represent me. I do not have the money. It is, after all, Covid-19 and money is scarce for most people. He did admit that the man, Todd Joseph, intended to become a member of the community. I hope that is the truth.

I am only writing you because you were so thoughtful and concerned at the hearing that I knew you cared. I thought I would point out my concern in case you ever have a similar situation in the future; that maybe you would remember this case and include affected residents.

Thank you for reading this. God bless. Sincerely,

Gloria Novak

Gloria Novak
Resident in Conneaut Lake Park
412-725-5352

FILED
3/19/21 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA