FILED
9/20/21 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Gloria Novak - contact for the residents.
39 Riverview Ave.
Pittsburgh, PA 15214

in re: Trustees of Conneaut Lake Park

Case No. 14-11277JAD

Judge Jeffery A. Deller
54th Floor U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

September 14, 2021

Dear Judge Deller,

We are residents and homeowners in Conneaut Lake Park. We are writing about the new Park owner, Joesph Todd, of Keldon Holding LLC. In the bankruptcy order dated March 2, 2021, that was sent to us, paragraph 22, page 12 states "that the Court retains jurisdiction to interpret, implement, and enforce provisions of, and resolve any disputes arising from this order." We are writing to you to advise you of the ongoing situations and violations of the court's order. Because you retain this jurisdiction, we respectfully request relief from the new owner's actions.

To date, Todd Joseph has violated the spirit and intent of the bankruptcy agreement. He is ripping down the park, selling the rides and ignoring the requirements conveyed by the Court. He has been deceptive in revealing his intentions with the Park to the Court, and is misleading everyone.

We have accumulated much evidence in the form of news articles and photos showing that the owner's behavior and actions breaks the terms of the bankruptcy courts sale agreement.

The Park is being sold off and dismantled. **Article 1** shows that he sold several rides from Kiddieland. **Photos 1, 2 and 3** show the train tracks being dismantled leaving bare land.

**Article 2** shows the Carousel, and other rides of the Park on the UsedRides.com website for sale. When you read the article Mr. Joseph admits that he does not care about the amusement park side of things and that the Blue Streak might be sold next.

**Exhibit 1,** is the signed Declaration of Covenants registering the Parks historic designation from the Pennsylvania Historic and Museum Commission. The Commission has tried to contact Mr. Joseph and written him 3 letters since June. He has ignored them. He just goes ahead and rips down the buildings. These buildings were in the Historic Commissions covenant. Everything he has demolished has been within the boundaries of the covenant. The document is enclosed and sentence 1 paragraph 3 states that "the covenants run with the land," not with the owner. Their actions are reported in **Article 2.**

In addition to the above we are having problems with our utilities and street repair. We have no one to call. There is not a phone number on the bills or a local office to contact.

Also, this new owner has tried to take ownership of people's property that has been in their possession for decades and he has restricted access to our homes, and blocked access to fire hydrants and transformers. The maze he has created critically delays the arrival of firetrucks and

ambulances. Just last week a resident needed an ambulance but was delayed due to the maze and lack of access to that person's home. He has done this by permanently erecting chain link fence across right of ways. This impairs our safety. **Photo 4** shows the fence cutting off Brown Ave. **Photos 5** shows the fence in a diagonal across Comstock St. **Photos 6** shows the fence in back of the houses and the demolition of the pony track. These fences form the maze the owner has created.

**Article 3,** reports that in 1996, Conneaut Lake Park was given to the people of Western Pennsylvania "forever to be used as an amusement park and water park." It is part of the deed. The man who made this gift is objecting to what the new owner is doing.

Historically we could drive and walk through the park. That is what made Conneaut Lake Park so special. It was a living, breathing entity for everyone to enjoy. Now, public access is being denied. From Opening day till Labor Day, the public can only access the Park by A) being a guest at the Hotel and receiving a "pass", or (B) entering at a ticket booth and paying admission. **Photo 7** shows the fence cutting off public access to the boardwalk and beach. **Exhibit 2** shows the price of admission. This breaches the agreement of allowing access and use of the Park and beach.

**Photo 8** is of the old midway; a historic irreplaceable structure that should and would have been saved with commitment. **Photos 9** is the midway today; everything is gone and no plans to rebuild.

**Photos 10, 11 and 12** show the tumble bug being dismantled and the vacant land it left beside the water park.

We residents of the Park have worked hard over the last 20 years to save the Park. We were assured by the bankruptcy attorney's that the purchaser through the bankruptcy court would save the Park. Right now, our Park is not being saved; it is being destroyed.

It's been just over 180 days and Mr. Joseph shows an indifference to his agreement with the Court to maintain and preserve Conneaut Lake Park's 128-year history and public use.

**PLEASE HELP US BEFORE THE PARK IS ENTIRELY GONE AND LOST FOREVER.!!**

Sincerely,

Gloria Novak & others

Gloria Novak, Judie Hartung, Larry Hartung, Carol Anderson, Rhonda Jacoby, Gerald Baldwin and Shaunet Baldwin.

Residents and Homeowners in Conneaut Lake Park
Contact Gloria Novak cell phone number (412) 725-5352
Email address glonovak@hotmail.com

cc: everyone listed

ARTICLE ONE (1)

NEWS

# Collector buys two Iconic Conneaut Lake Park Rides, Memorabilia

Wednesday, September 1st 2021, 11:26 PM EDT
By **Christyn Allen**

Play Video

Just a couple of weeks ago, Conneaut Lake Park lovers were concerned as rides from the iconic park appeared for sale online. Now, we've found one of the ride buyers, and we're hearing his plans for restoration and preservation of some nostalgic items.




"I love stuff from the past. I feel like I should've been born 100 years ago."

22-year-old Steven Groves has been collecting everything from cars, to signs, to antiques since he was a child.

He told us about the latest addition to his growing collection.

“Got a couple of signs and some of the old clowns from Kiddieland. I also got the Tumble Bug cars and the Jolly Caterpillar,” Groves told Erie News Now.

For him, these aren't just collector's items. They're mementos from his own childhood. "My mom started bringing my sister and I, I think I was probably eight or ten years old when she started bringing us. My mom grew up in Pittsburgh, so her mom used to bring her here," Groves said.

He is only one of thousands with personal memories from the nearly 130-year-old amusement park.

“Whatever we can get to preserve the history of it. if you go through our museum, you'll see a lot of history of Conneaut Lake Park," said Charles Groger. He’s the president of the Conneaut Lake Historical Society and actually grew up in a home on the Conneaut Lake Park property.

"I tease people now. When you said it was Pennsylvania's Perfect Playground, no from September to May, it was my playground," Groger joked.

Stepping into the historical society's museum is like stepping back to the park's glory days.

With all the recent changes and worry about the future of Conneaut Lake Park, the historical society is working to get what they can from buyers, like Groves.

"If nothing else, it's to have it here so young kids can see what we remember. So they can step back and say, ‘Hey, this was a cool place after all,’" Groger told Erie News Now.

For Steven Groves, he's hoping to preserve these pieces of his childhood, too. And maybe one day, get these park favorites up and running again.

"Stuff was made so much better and lasts forever. You don't find stuff like this often anymore. It's cool to just be part of it,” said Groves.

He’s hoping to fix the Tumble Bug and Jolly Caterpillar and relocate them to places that can use them. Although it will take a lot of money and effort, he says it will be worth it.

Copyright Erie News Now. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Article Two (2)

# Update: With rides apparently for sale, the future of Conneaut Lake Park remains uncertain

**JIM MARTIN** | ERIE TIMES-NEWS | 8:32 am EDT September 12, 2021

Ben Reeve, a member of the Historic Coaster Foundation attended a rally Sept. 4, 2021 outside Conneaut Lake Park. The group hopes to save the Blue Streak roller coaster.
JACK HANRAHAN, ERIE TIMES-NEWS

*Editor's note: This story has been updated with new information about the apparent sale of Conneaut Lake Park rides.*

CONNEAUT LAKE — With several iconic **Conneaut Lake Park** rides apparently for sale online, the future of the Crawford County amusement park remains uncertain.

On Saturday, at least six rides were listed for sale on **UsedRides.com**, including a carousel and a Dizzy Dragons ride. In the posts, the location of the rides is given as "western PA."



On Saturday, a carousel was listed for sale for $400,000 on www.UsedRides.com, likely the Conneaut Lake Park carousel. The location on the listing is given as "western PA." The contact information given is that of Todd Joseph, who owns Conneaut Lake Park. This is a screenshot of the listing, taken on Sunday.
CONTRIBUTED PHOTO

In addition to the carousel and Dizzy Dragons, other rides for sale with the same location and contact information include: the Octopus, a kiddie ride, a slide and a set of swings.

The contact person for the sale of the rides is Todd Joseph, who owns Conneaut Lake Park. Location and contact information is only available to viewers who have created accounts with UsedRides.com, and have logged in.

Calls, texts and emails to Joseph on Saturday have not been returned. But Tommy Coffing of UsedRides.com confirmed Saturday that Joseph had posted the Conneaut Lake Park rides for sale.




On Saturday, a Dizzy Dragons amusement park ride was listed for sale on www.UsedRides.com, likely the Conneaut Lake Park ride. The location on the listing is given as "western PA." The contact information given is that of Todd Joseph, who owns Conneaut Lake Park. This is a screenshot of the listing, taken on Sunday.
CONTRIBUTED PHOTO

## Enthusiasts, owner may have different ideas about the park

Flo Hancher and Todd Joseph have different ideas about what's best for Conneaut Lake Park.

Hancher, a 71-year-old woman from Washington, Pa. who visited the Crawford County amusement park last weekend, wants the park to return to what she remembers as the glory days of the 1980s.

Todd Joseph, the Philadelphia-area businessman who paid $1.2 million to buy the 129-year-old property in April, said earlier this year that the status quo hasn't been working.

He sees the park's future centered around concerts, car shows, festivals and holiday events.

In addition to hosting numerous concerts and events this summer, Joseph continued to operate Kiddieland, the water park and a handful of the park's traditional rides.

**Conneuat Lake Park in Crawford County is under new ownership after bankruptcy**

But he's not eager or even willing to talk about the traditional amusement park end of the business.

In an interview last week with the Erie Times-News, Joseph refused repeatedly to answer questions about the Blue Streak roller coaster and operations of other rides at the park.

"I want to talk about the events and the concerts," he said. "We don't want to do any press (on the amusement park) at this point. We will kick that can down the road."

He was happy, however, to talk about what he said were successful concerts and other events held over the summer. And Joseph said he had has bigger plans for next year.

"We are going to have a huge bike week, a huge cornhole tournament and we have 70 vendors lined up for a rib fest," he said.

## Fans hold rally for Blue Streak




Fidelia Reeve of Windsor, Ohio attends a rally Sept. 4, across from Conneaut Lake Park. The rally was held by the Historic Coaster Foundation Facebook group in an effort to save the Blue Streak, the park's iconic roller coaster.
JACK HANRAHAN/ERIE TIMES-NEWS

Some Park fans, however, remain focused on a Conneaut Lake experience built on roller coaster rides, playing games on the midway and picnics in pavilions that were knocked down this spring.

A dozen or more demonstrators gathered outside the park Saturday for a rally focused on saving the Blue Streak roller coaster, which was built in 1938.

When Joseph bought the amusement park in the spring, he said he had no immediate plans to operate the wooden coaster and would defer any decisions about its future.

And he had little to say about the rally.

"It is what it is," Joseph said. "I don't pay attention to any of it. It's football season. Everyone loves football."



The tracks of the idled Blue Streak roller coaster are shown Sept. 4 at Conneaut Lake Park. A rally to save the park's signature ride was held that same day.
JACK HANRAHAN/ERIE TIMES-NEWS

## It is what it is. I don't pay attention to any of it.

TODD JOSEPH, CONNEAUT LAKE PARK OWNER AFTER BEING ASKED ABOUT A RALLY TO SAVE THE BLUE STREAK ROLLER COASTER

### Will the Blue Streak wind up like the Tumble Bug?

But what are his plans for the park's signature ride, which the American Coaster Enthusiasts recognize as an A.C.E. Roller Coaster Landmark?

"We will wait until the season is over and we will get to it eventually," Joseph said.

There have been no public pronouncements that the Blue Streak is destined for a date with the wrecking ball. But in the absence of evidence to the contrary, some local Conneaut Lake fans are worried.

Earlier in the season, the park announced it was unable to fix the Tumble Bug, a ride that was installed in 1925 and one of two still in operation nationally.

The Park said on its Facebook page that "The issues with the Tumble Bug were not able to be repaired and we were unable to save it. Please believe me when I say, we tried."

The Park said on its Facebook page that "The issues with the Tumble Bug were not able to be repaired and we were unable to save it. Please believe me when I say, we tried."




A rally was held Sept. 4 across from Conneaut Lake Park by the Historic Coaster Foundation Facebook group in an effort to save the Blue Streak, the park's iconic roller coaster.
JACK HANRAHAN/ERIE TIMES-NEWS

Matt Glumac, who organized Saturday's rally, said he's worried that the same fate might await the Blue Streak.

Glumac, a California resident who has never settled in for the bone-jarring trip along 2,900 feet of track, said he developed an affinity for the ride based on its history and firsthand accounts from friends.

"The coaster is the heart and soul of Conneaut Lake Park and if it's demolished, that will ultimately cause the death of the park that has been in existence since 1892," he wrote in a recent Facebook post.

Glumac, who said there are state and federal historic tax credits that might help restore the coaster, said his desire to save the coaster is based on more than nostalgia.

"Wooden coasters are marvels of science and structural engineering...the feeling that you are out of control and the feeling that your life is in danger. You can feel that it's alive," he said.

## Meanwhile, back at the park...



Xavier Michalik, 8, left, and Hunter Fischer, 8, right, both of Pittsburgh ride the Paratrooper on Sept. 4 at Conneaut Lake Park.

JACK HANRAHAN/ERIE TIMES-NEWS

On the day of the rally, Flo Hancher was at the park with a friend and her two grandchildren and her own son. Hancher, who has been going to Conneaut Lake since the 1980s, was disappointed with what she saw.

"The carousel was not going, the Ferris wheel was not going, the Blue Streak was not going and the train was not going," she said. "It was lame. We left after an hour."

Hancher said she understands Joseph has a different vision for the park, but she's not certain that she shares that vision.

"If you are going to be in business you have to look out for the customer. If you don't have customers then you don't have a paycheck," Hancher said. "They have to do something to attract customers, not just concerts.

Concerns about prices and the rides aren't the only issues that have been raised.

The property, which Joseph purchased from the Trustees of Conneaut Lake Park, carried with it a provision on the deed that the public would have free access to the property.

On most days, however, the park has imposed a general admission fee of $5 to $10 in addition to charges for rides and the water park.



Konaa Roberts 7, left, and Christian Jones, 13, both of Union City, Tennessee, ride the slide Sept. 4 at Conneaut Lake Park's Splash City.
JACK HANRAHAN/ERIE TIMES-NEWS

## Lots of interest, no response

Others believe that the park might be bound by other past agreements.

Howard Pollman, a spokesman for the Pennsylvania Historic and Museum Commission, said the Commission received numerous messages from fans and neighbors of the park following what Joseph called blight removal this spring and rumblings that the roller coaster could be coming down.

Pollman said the park's previous owners entered into a legal covenant in 2011 after the park was awarded a $12,500 Keystone Historic Preservation Grant to replace 150 feet of Blue Streak track.

Under the terms of the covenant, the owner of the park is required to notify PHMC about any work that might affect the property's architectural or historical characteristics.

That doesn't mean the Commission would prevent the work from taking place.

"We just want to have a conversation," Pollman said, adding that the Commission would not rely on the observations of the park's critics.

"We need to do our own investigation," he said.

Pollman provided the Erie Times-News with copies of letters sent to the park's owner in June, July and in August. So far, he said, there has been no response.

"We have reached out several times, but we have not been successful in communicating with the owner," Pollman said.

*Contact Jim Martin at 814-870-1668 or jmartin@timesnews.com. Follow him on Twitter @ETNMartin.*

ARTICLE THREE (3)

# Former Conneaut Lake Park Owner, Employee speak out

Monday, August 23rd 2021, 11:42 PM EDT
By **Christyn Allen**

Play Video

In 1996, Gary Harris bought Conneaut Lake Park for $2.3 million in gold, checks and cash-- saving the park from impending bankruptcy.

"People enjoyed it. It was a great place to come. It was a family oriented place, and that's the way we tried to keep it," said Harris.

He owned and operated the park for three years before being sentenced four years in federal prison for tax evasion.

When his assets and properties were going into limbo, he donated the amusement park's land to the people of Western Pennsylvania. In the donation, a provision was set that required the park to be of use to the public forever, only in the capacity as an amusement and water park. That restriction still stands today in the property's deed.

Shortly after the park changed owners, Judie Hartung began working there. "It was fun. You'd hear kids laugh. You'd hear people laugh and the music. That's just my cup of tea," she told Erie News Now. But today, Hartung says those sounds of joy aren't as loud as they used to be.

**With the park under extensive construction, neighbors are asking questions and worrying their homes will soon be in danger. They also fear Conneaut Lake Park will soon be no more.**

"He's coming and saying he owns 50 feet of our property," Hartung said about Todd Joseph, the current owner of Conneaut Lake Park, "I feel like I'm in Old Oklahoma protecting my territory."

As for the park itself, the Pennsylvania Historical and Museums Commission issued a covenant protecting aspects of it from construction and redevelopment.

In an email, the organization tells Erie News Now, "Under the terms of the covenant, the property owner is required to notify PHMC in writing about any work that may affect the property's architectural and historical characteristics… To date, the property owner has not submitted any notice, despite multiple requests."

"The State of Pennsylvania should take this over. The attorney general should look into what they did," said Harris. He wants the land he gifted to the public to continue to be used by the public, free of charge. Right now, there is an entry fee to enter Conneaut Lake Park.

Both Harris and Hartung say they just want justice and preservation for their beloved park.

"The people feel they've been walked on, and they don't know what to do," she said.

Erie News Now has reached out to the park's current owner. We're still awaiting a response.

EXHIBIT ONE (1)

Instrument 201300006586 OR Book 1138 Page 163

# Declaration of Covenants

The parties to these covenants are the Commonwealth of Pennsylvania, acting by and through the Pennsylvania Historical and Museum Commission, (hereinafter referred to as the Commission), and the Trustees of Conneaut Lake Park, Inc., (hereinafter referred to as the Trustees).

The parties agree that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby declare that this instrument, entitled "Declaration of Covenants," shall be binding as between the parties and their respective successors and assigns and shall be recorded with a certain deed dated *August 31, 1997* from Property on the Lake Grantor, to the Trustees of Conneaut Lake Park, Inc. recorded with the Crawford County Recorder of Deeds at Book 355 Page 911. The Trustees, its successors and assigns, covenants and agrees to assume responsibility for the maintenance, preservation, and administration of the property in satisfactory manner for a demonstrable public benefit for a period of fifteen (15) years from *June 24, 2013*, the date of execution of this instrument.

The provisions of these covenants, hereinafter expressed as covenants running with the land, are herein set forth so as to ensure the maintenance and preservation of the architectural and historical characteristics of the Conneaut Lake Park Historic District, which has been determined eligible for listing or is listed in the National Register of Historic Places under the provision of the National Historic Preservation Act of 1966 (80 Stat. 915). Architectural and historical characteristics shall be defined as those significant physical features that qualified the property as eligible for the National Register of Historic Places. The stipulations of the covenant apply to the historic core of the park and include the Main Ride area and Midway, and includes the area roughly bound by Route 618, Reed Avenue, Lake Street, Brown Avenue, and municipal boundary line of Summit and Sadsbury Townships, excluding parcels #5513-162, #5513-162-1, #5513-42, #5513-027, #5513-028, #4403-002-2, #4403-002-3, and 4403-002-1.

Conneaut Lake Park shall be maintained and preserved in accordance with the Secretary of the Interior's *Standards for the Treatment of Historic Properties*. No demolition, site development, new construction, or substantial alteration, or other action that may potentially alter the historic character of Conneaut Lake Park shall be undertaken

EXHIBIT 1-A

Instrument 201300006586 OR
Book Page 1138 164

or permitted to said property without the prior written permission from the Commission. Prior to the commencement of work that might affect Conneaut Lake Park's architectural or historical characteristics, the Trustees agree to notify the Commission in writing. The Commission will be given thirty (30) days from receipt of the notice to review and approve in writing the appropriateness of said work.

For work that involves ground disturbance, the Commission may require archaeological investigation at the Trustee's expense. In the event that archaeological materials are discovered during ground-disturbing activities, work shall temporarily cease, and the Commission shall be consulted for instructions prior to proceeding with the work. Any archaeological work shall be conducted in accordance with the Secretary of the Interior's *Standards and Guidelines for Archaeological Documentation* (48FR 447344-37) and any such standards and guidelines as the Commission may specify.

The Trustees shall allow the Commission, at all reasonable times and upon reasonable advance notice to the Trustees, access to inspect said property to ensure compliance with this preservation covenant.

It is further agreed that the Commission in no way assumes any liability or obligation for maintaining, repairing or administering said property and the Trustees shall hold the Commonwealth harmless from and indemnify the Commonwealth against any and all claims, demands and actions based upon or arising out of any activities performed by the Commonwealth, Commission, its officials, employees and agents under this covenant and shall, at the request of the Commonwealth, defend any and all actions brought against the Commonwealth based upon any such claims or demands.

Failure of the Commission to exercise any rights or remedies granted under this covenant shall not be construed to be a waiver by the Commonwealth of its rights and remedies in regard to the event of default or any succeeding event of default.

The rights and remedies of the Commonwealth provided in this covenant shall not be exclusive and are in addition to any other rights and remedies provided by law or under this covenant.

EXhibit A-B

Instrument 201300006586 OR Book 1138 Page 165

In Witness thereof, the Trustees has hereunto set its hand and seal this 24th day of June 2013

Trustees of Conneaut Lake Park

By [signature]
Jack Moyers, Chairman

201300006586
CRAWFORD COUNTY PA
DEBORAH CURRY, REGISTER & RECORDER
07-19-2013 At 03:56 pm.
AGT 18.50
OR Book 1138 Page 163 - 165

Commonwealth of Pennsylvania
County of Crawford

On this 24 day of June, 2013, personally appeared the above named Jack Moyers and acknowledged the foregoing Declaration of Covenants to be the free act and deed of the Trustees of Conneaut Lake Park; and being so authorized to do so, executed the foregoing instrument for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Stacey L. Adams, Notary Public
Sadsbury Township, Crawford County
My Commission Expires March 08, 2017

Notary Public
Stacey L Adams

IN WITNESS WHEREOF, the Commission agrees to accept this Declaration of Covenants on this 1 day of July, 2013.

Pennsylvania Historical and Museum Commission

By [signature]
Andrea L. MacDonald
Deputy State Historic Preservation Officer

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN

On this 1st day of JULY, 2013, personally appeared ANDREA MACDONALD the above named Deputy State Historic Preservation Officer of the Pennsylvania Historical and Museum Commission and executed the foregoing instrument for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHERI GARRETT
Notary Public
HARRISBURG CITY, DAUPHIN COUNTY
My Commission Expires Mar 18, 2017

Notary Public
Cheri Garrett

EXHIBIT TWO

# PRICES




CONNEAUT LAKE PARK

# WRISTBAND PRICES

**until further notice**

**Children under 2 are free**

**General Admission 5.00** - CHANGES

**Kiddieland 15.00**

**Splash City (water park) 15.00**

**Combo Kiddieland & Splash City 20.00**

**Group Rate (10 or more people) 10% Discount**

**Military Discount 10% (with ID)**

**CASH ONLY until further notice**



THE TRAIN TRACKS
going AROUND The PARK
HALF GONE



TRAIN
TRACKS BEING
Removed



THE TRAIN TRACKS
AROUND the PARK ARE gone.
VACANT LAND

PHOTO FOUR (4)



FENCE CUTS ACROSS
BROWN AVE AND IS
RIGHT UP AGAINST PROPERTY
SIDE WALK.



FENCE DIAGONAL ACROSS COMSTOCK St.

PHOTO SIX (6)




FENCE BLOCKING OFF BACK
of homes
Demolition of Pony TRACK



NO PUBLIC ACCESS to
BOARDWALK OR BEACH



OLD MIDWAY
A HISTORIC IRREPLACEABLE
STRUCTURE THAT SHOULD
AND WOULD HAVE BEEN SAVED
WITH commitment.

PHOTO NINE (9)




THE MIDWAY GONE
RIDES GONE

PHOTO [illegible]



TUMBIE BUG DESTROYED.
"Couldn't BE fixed" PAST
mechanics didn't Believe THAT.



VACANT LAND where the
BUG use to BE



ALL RIDES GONE NEXT
TO THE WATER PARK - BUG
GONE - ROUNDUP GONE

PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

FROM:

UNITED STATES POSTAL SERVICE. Retail

US POSTAGE PAID

$11.40

Origin: 15290
09/16/21
4166730033-98

PRIORITY MAIL 1-DAY®

0 Lb 7.10 Oz

1023

ED DELIVERY DAY: 09/17/21

C094

GRANT ST
burgh PA 15219-2702

PS SIGNATURE® TRACKING #

10 8144 0219 1259 4701 63

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

RECEIVED
SEP 17 2021
CLERK, U.S. BANKRUPTCY
WEST DIST OF PENNSYL

FROM:
Gloria Novak
39 Riverview Ave
Pittsburgh, PA 15214

TO:
Judge Jeffery A. Deller
54th Floor U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.